Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter Foran Blvd., Suite 402
Flemington, NJ 08822
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOE, subscriber assigned IP address 98.221.95.22,<br><br>Defendant. | Civil Action No. 3:13-cv-04685-JAP-DEA |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**WITHOUT PREJUDICE OF JOHN DOE**

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action without prejudice. John Doe was assigned the IP Address 98.221.95.22. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: November 12, 2013

Respectfully submitted,

By: ___/s/ *Patrick J. Cerillo*___
Patrick J. Cerillo, Esquire
pjcerillolaw@comcast.net
Attorney At Law

1

4 Walter Foran Boulevard, Suite 402  
Flemington, NJ 08822  
Phone: 908-284-0997  
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

     I hereby certify that on November 12, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Patrick J. Cerillo*  
Patrick J. Cerillo, Esq.